Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com
Debi F. Chalik, Esq. Admitted Pro Hac Vice (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES

| DELOY CARR and GERTRUDE CARR | CASE NO.: 2:20-CV-03482-RGK-SK |
|---|---|
| V. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.** |
| PRINCESS CRUISE LINES LTD. | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, DELOY CARR AND GERTRUDE CARR, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal without Prejudice to effectuate the dismissal without prejudice of this civil action as to Defendant, PRINCESS

1

CRUISE LINES, LTD. The parties to this action shall bear their own attorney's fees and costs.

DATED: September 22 2020

                                Respectfully submitted,
                                Michael A. Simmrin
                                SIMMRIN LAW GROUP
                                3500 W. Olive Avenue, Suite 300
                                Burbank, CA 91505
                                Tel.: (818) 827-7171
                                By /S/ Michael A. Simmrin
                                    MICHAEL A. SIMMRIN
                                    California Bar No. 238092

                                Debi F. Chalik
                                CHALIK AND CHALIK, P.A.
                                Attorneys for Plaintiff
                                10063 N. W. 1st Court
                                Plantation, Florida 33324
                                Tel.: (954) 476-1000

                                By Debi F. Chalik
                                    DEBI F. CHALIK
                                    Florida Bar No. 179566