Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com
Debi F. Chalik, Esq. Admitted Pro Hac Vice (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES

| | |
|---|---|
| DELOY CARR and GERTRUDE CARR | CASE NO.: 2:20-CV-03482-RGK-SK |
| V. | **PLAINTIFFS' AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| PRINCESS CRUISE LINES LTD. | |
| Defendant. | |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH  PREJUDICE**
***(amended as to with prejudice only)***

Plaintiffs, DELOY CARR AND GERTRUDE CARR, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal with Prejudice to effectuate the dismissal

1    with prejudice of this civil action as to Defendant, PRINCESS CRUISE LINES,

2    LTD. The parties to this action shall bear their own attorney's fees and costs.

3

4    DATED:      September 22, 2020

5

6                                    Respectfully submitted,
                                     Michael A. Simmrin
7                                    SIMMRIN LAW GROUP
                                     3500 W. Olive Avenue, Suite 300
8                                    Burbank, CA 91505
                                     Tel.:  (818) 827-7171
9                                    By /S/ Michael A. Simmrin
10                                        MICHAEL A. SIMMRIN
                                          California Bar No. 238092
11

12                                   Debi F. Chalik
                                     CHALIK AND CHALIK, P.A.
13                                   Attorneys for Plaintiff
                                     10063 N. W. 1st Court
14                                   Plantation, Florida 33324
                                     Tel.:  (954) 476-1000
15

16
                                     By  Debi F. Chalik
17                                       DEBI F. CHALIK
18                                       Florida Bar No. 179566

19

20

21

22

23

24

25

26

27

28

                                     2